DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7007
    FAX: (415) 436-7234
    Dan.Karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ 20-71329 |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME FROM SEPTEMBER 28, 2020, TO NOVEMBER 18, 2020, AND [~~PROPOSED~~] ORDER |
| v. | |
| WEIZEN FRIAS, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, WEIZEN FRIAS, that the Preliminary Hearing and Arraignment scheduled for October 19, 2020, be continued to November 18, 2020, and that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act from September 28, 2020, through November 18, 2020.

At the Initial Appearance held on September 28, 2020, the government and counsel for the defendant agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing discovery produced by the government. For this reason and as further stated on the record at the Initial Appearance, the parties stipulate and agree that excluding time until November 18, 2020, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that

the ends of justice served by excluding the time from September 28, 2020, through November 18, 2020, from computation under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 14, 2020

/s/
DAN M. KARMEL
Assistant United States Attorney

DATED: October 14, 2020

/s/
DANIEL PAUL BLANK
Counsel for Defendant WEIZEN FRIAS

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 28, 2020, and for good cause shown, the Court finds that failing to exclude the time from September 28, 2020, through November 18, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 28, 2020, through November 18, 2020, from computation under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the Preliminary Hearing and Arraignment currently scheduled for October 19, 2020, is continued to November 18, 2020, and that the time from September 28, 2020, through November 18, 2020, shall be excluded from computation under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: October 14, 2020

HON. LAUREL BEELER
United States Magistrate Judge